UNITED STATES of America,
Plaintiff–Appellee

v.

Ismael CORREA, Jr., also known as Ismael Correa Trevino, also known as Ismael Correa, Defendant–Appellant.

No. 13–20628
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 23, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Miguel Andres Sanchez–Ross, Foreman, Degeurin & Degeurin, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ismael Correa, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Correa has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Correa's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

to collateral review. *See United States v. Isgar,* 739 F.3d 829, 841 (5th Cir.2014), *petition for cert. filed* (June 4, 2014) (No. 13–10484).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Correa's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.